UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

```
In Re:                                      )
                                            )
MICHAEL LEON HARLESS         xxx-xx-6523    )    Case No. 16-50226 C-13W
SANDRA HILL HARLESS          xxx-xx-0461    )
250 Dockery Road                            )
Purlear, NC  28665                          )
                 Debtors.                   )
```

## NOTICE OF PROPOSED PLAN AND ORDER CONFIRMING PLAN AND TIME FOR FILING OBJECTION THERETO

1. A summary of the plan proposed by the Debtor(s) is set forth in the attached copy of a proposed Order Confirming Plan in this case.

2. The plan will be confirmed after the time period for filing objections has expired unless a timely objection is filed or a hearing is ordered by the Court. There will be no hearing on confirmation unless a timely objection is filed or a hearing is ordered.

3. Written, detailed objections must be filed within 28 days of the date of this notice with the Clerk of Court, U.S. Bankruptcy Court, 226 South Liberty Street, Winston-Salem, NC, 27101, with copies served on (1) Kathryn L. Bringle, Standing Trustee, P.O. Box 2115, Winston-Salem, NC 27102-2115; (2) the attorney for the Debtor(s); and (3) the Debtor(s). If the objecting party is a corporation, the objection must be filed by legal counsel admitted to practice in this District.

4. In the event a timely objection is filed or a hearing is ordered, the hearing on the objection to confirmation and on confirmation of the proposed plan will be held on June 1, 2016, at 9:30 a.m. in the Courtroom, First Floor, U.S. Bankruptcy Court, 226 South Liberty Street, Winston-Salem, NC. The party objecting must appear at this hearing if the objection is to be pursued.

5. The Debtor(s) and the attorney for the Debtor(s) are required to appear at any hearing on confirmation.

6. There will be no further mailing of the Order Confirming Plan to affected parties unless there is a change in the attached proposed Order Confirming Plan.

DATE: April 22, 2016                    Office of the Clerk
                                        Reid Wilcox, Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
 )  **ORDER CONFIRMING PLAN**
 )  **Chapter 13**
**MICHAEL LEON HARLESS     xxx-xx-6523** )
**SANDRA HILL HARLESS      xxx-xx-0461** )
**250 Dockery Road** )
**Purlear, NC  28665** )
 )  Case No. B-**16-50226** C-13W
 )
        Debtor(s) )

　　　This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**　　The Trustee in this case is Kathryn L. Bringle, Standing Trustee, P. O. Box 2115, Winston-Salem, North Carolina 27102-2115;

**II.**　　The attorney for the Debtor(s) is **John T. Orcutt**;

**III.**　　Under the final plan (the "Plan") as proposed:

　　**A.**　**Plan Payments**

　　　　1.　The Debtor(s) is/are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

　　　　2.　The monthly plan payment to the Trustee is **$665.00** beginning **April 2016**;

　　**B.**　**Administrative Costs**

　　　　**1.**　**Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of **$3,700.00**. The Attorney has received **$1,130.00** from the Debtor(s) pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

　　　　**2.**　**Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

- 1 -

**C.     Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1. Internal Revenue Service

2. North Carolina Department of Revenue

3. Wilkes County Tax Collector

**D.     Secured Claims**

1. Long-term Debts – To be paid by Trustee.

| Creditor & Property | Claim Filed (Y/N) | Monthly Payment | Monthly Payment to Begin | Arrears Through | Arrears Amount | Monthly Payment on arrears |
|---|---|---|---|---|---|---|
| 21st Mortgage Corporation RESIDENCE. 1st lien 250 Dockery Road Purlear, NC | Y | $464.46 with escrow | 6/2016 | 5/2016 | $1,463.38 | All available |

**E.     General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is **3%**.

**Springleaf Financial Services**
**Claim filed for $25,694.26**

**Second deed of trust on real property located at 250 Dockery Road in Purlear, North Carolina.**

**The Debtors state that the value of the real property is $42,165.00 and that the balance due on the first deed of trust lien is $43,434.00. There is no value in the real property above the first deed of trust lien.**

**The claim will be classified as an unsecured claim for purposes of disbursements by the Trustee, thereby allowing the Creditor to receive funds if they become available for unsecured creditors unless a party in interest objects. This treatment is conditioned on the requirement that the Debtors file the appropriate pleading so a hearing can be held to establish the value of the collateral and the permanent classification of the claim.**

**F.**     The Debtor(s) will pay **THE GREATER OF** the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, **and $5,000.00 to unsecured general claims based on disposable income, OR** a **minimum** of **60** monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments;

- 2 -

**G.**  The terms and provisions of the Amended Standing Order dated <u>March 11, 2016</u> are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov**

**H.**  **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

  **ORDERED** that the Plan is confirmed.

END OF DOCUMENT